# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
        Plaintiff )
)
        vs. )
)
Guillermo Rodriguez-Salazar )
)
        Defendant(s) )

CRIMINAL NO. 08CR1498-LAB
08MJ1300

ORDER

RELEASING MATERIAL WITNESS

Booking No. 08324298

On order of the United States District/Magistrate Judge, Stormes.

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Martha Azucena-Rodriguez

DATED: 5-8-08

RECEIVED _____
        DUSM

Nita L. Stormes
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
        Deputy Clerk

☆ U.S. GPO: 2003-581-774/70082